UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**

DEC 14 2017

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO: |
| Plaintiff, ) | SA:17-MJ-1477-ESC |
| ) | **INFORMATION** |
| v. ) | Count One – Title 18 U.S.C. |
| ) | Section 641 – Theft of Government |
| RONNELLE L. COLLINS, ) | Property |
| ) | Count Two – Title 18 U.S.C. Section 13 |
| Defendant. ) | (Involving Section 545.401, T.T.C.) – |
| ) | Reckless Driving |
| ) | Count Three – Title 18 U.S.C. Section 13 |
| ) | (Involving Section 545.421, T.T.C.) – |
| ) | Fleeing or Attempting to Elude Police |
| ) | Officer |

**THE UNITED STATES ATTORNEY CHARGES:**

COUNT ONE
[18 U.S.C. §641]

On or about 26 October 2017, at Joint Base San Antonio-Fort Sam Houston, Texas, in the Western District of Texas and within the special maritime and territorial jurisdiction of the United States, the Defendant,

RONNELLE L. COLLINS,

did willfully and knowingly steal one IMAC Computer, of a total value of more than $1,000.00, of the goods and property of the United States, in violation of Title 18 United States Code, Section 641; and one Nessie USB Microphone, of a total value of less than $1,000.00, of the goods and property of the United States, in violation of Title 18 United States Code, Section 641.

COUNT TWO
[18 U.S.C. §13 (Involving §545.401 T.T.C.]

On or about 26 October 2017, at Joint Base San Antonio-Fort Sam Houston, Texas, in the Western District of Texas and within the special maritime and territorial jurisdiction of the United States, the Defendant,

RONNELLE L. COLLINS,

did willfully and knowingly drive a vehicle in a public place in wilful or wanton disregard for the safety of person or property, in violation of Title 18 United States Code, Section 13 (involving Section 545.401, Texas Transportation Code).

## COUNT THREE
[18 U.S.C. §13 (Involving §545.421 T.T.C.]

On or about 26 October 2017, at Joint Base San Antonio-Fort Sam Houston, Texas, in the Western District of Texas and within the special maritime and territorial jurisdiction of the United States, the Defendant,

RONNELLE L. COLLINS,

did operate a motor vehicle and wilfully fail to bring the vehicle to a stop, flee, or attempt to elude, a pursuing police vehicle when given a visual or audible signal to bring the vehicle to a stop, in violation of Title 18 United States Code, Section 13 (involving Section 545.421, Texas Transportation Code).

Respectfully submitted,

JOHN F. BASH
United States Attorney

KAREN NORRIS
Assistant United States Attorney

By: STEPHEN M. BERGREN
Special Assistant United States Attorney
502 FSG Legal Office
JBSA-Fort Sam Houston, Texas 78234
Oklahoma Bar # 32730
Tel: (210) 808-0014
Fax: (210) 808-0164