UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
DEC 1 4 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>RONNELLE LOUIS COLLINS  )<br>  )<br>Defendant.  ) | CRIMINAL NO.<br>SA:17-MJ-1477-ESC<br>(1) |

## PROBABLE CAUSE AFFIDAVIT

I, Sergeant Benjamin C. Frederick, do hereby state and depose as follows:

On or about 26 October, 2017, at about 8:09 p.m., I was performing routine police duties at JBSA-Fort Sam Houston, Texas, in the Western District of Texas and within the special maritime and territorial jurisdiction of the United States. Officer Sherman was instructed to close the outbound lane of Walters ACP (Golf-1) for an unknown black male, later to be identified Ronnelle L. Collins (hereinafter named Defendant) who was the sole occupant of a white dodge charger (vehicle-1), who just fled from building #2420 main Post Exchange on JBSA-Ft Sam Houston for shoplifting merchandise. The Defendant approached Golf-1 at a high rate of speed swerving around a patrol car operated by Officer Roman who was (Police-3) who was attempting to assist in closing down Golf-1 outbound lanes then hitting the curve. The Defendant then swerved vehicle-1 back to the other outbound lane almost hitting Officer Sherman. Officer Sherman had to jump out of the way to avoid getting run over. The Defendant disregarded Officer Sherman's commands to stop the vehicle and proceeded off JBSA-Ft Sam Houston.

Harvey and Story were passengers in a yellow taxi cab and claimed as they were approaching JBSA-FT Sam (Golf-1) they were side swiped by a white dodge charger. I was dispatched to Building #2420 main Post Exchange for shoplifting. Upon my arrival reviewing video footage, I observed the Defendant at 8:08 p.m. select one red and black colored box (Nessie USB Microphone, $92.00) from a display and placed it in his shopping cart. The Defendant already had one (IMAC Computer box $1,289.00) in the shopping cart which I could not see him select in the video footage. The Defendant reached the front of the store near the entrance of the main PX shopping area behind the door greeter area with both items still in his cart. The Defendant then looked around, grabbed both (IMAC and Nessie USB Microphone) from the shopping cart and ran out of the store without rendering payment. The Defendant proceeded to the parking lot and into a white dodge charger (vehicle-1) speeding off. Total amount of merchandise involved: $1,381.99.

Based on my training, experience, review of the case file, and statements of witnesses, I believe the Defendant did in fact select the merchandise, conceal it in his hand, and then passed the point of last sale without rendering payment. I believe The Defendant committed this offense with intention and fled the scene almost striking vehicular and pedestrian traffic (Officer Roman and Officer Sherman) with no regard of public safety. I believe that Defendant did this while on a public space on JBSA Ft Sam Houston.

The foregoing is true and correct to the best of my knowledge, information and belief.

_____
Benjamin C. Frederick
Police Officer
JBSA-Fort Sam Houston TX

Sworn to (affirmed) and subscribed before me this ___12___ day of __December__ 2017, by Sergeant Benjamin C. Frederick.

_____✓_____ Personally Known

_____ Produced Identification

ID Number and Type of ID _____

LARRY R. CRUZ
Notary Public, State of Texas
Comm. Expires 01-20-2021
Notary ID 11984392

_____
Signature of Notary Public
Larry R. Cruz
Notary Public, State of Texas

Probable cause found: ___✓___

No probable cause found: _____

_____
United States Magistrate Judge

Date 12/19/17